**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7470**

———————

ADOLPHE MOUNKASSA,

                                    Plaintiff - Appellant,

        versus

D. SCOTT DODRILL; MARGARET C. HAMBRICK;
HARRELL WATTS; M. PITT; M. LEWIS, Unit Manager
at Low Security Correctional Institution
Butner,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. W. Earl Britt, Senior
District Judge. (CA-02-383-5-BR)

———————

Submitted: January 15, 2004          Decided:  January 28, 2004

———————

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Adolphe Mounkassa, Appellant Pro Se.  Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Adolphe Mounkassa appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint alleging a violation under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Mounkassa v. Dodrill, No. CA-02-383-5-BR (E.D.N.C. Aug. 28, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED